1  GARY S. ROSE #83744
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: gsroselaw@hotmail.com
4
   Attorney for Plaintiff
5  SUSANNA SOTELO

6  JEFFREY S. KRAVITZ
   KELLY K. BRAR
7  LORD, BISSELL & BROOK, LLP
   300 South Grand Avenue, 8th Floor
8  Los Angeles, California 90071-3119
   (213) 485-1500
9  Email:

10 Attorney for Defendant
   OLD REPUBLIC LIFE INSURANCE CO.
11

12                  UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14
                                          *E-FILED - 3/23/06*
15

16 SUSANNA SOTELO,                  )  Case No. C05 02238 RMW RS
                                    )
17          Plaintiff,              )
                                    )     ORDER TO CONTINUE
18 vs.                              )  JOINT CASE MANAGENT CONFERENCE
                                    )  STATEMENT
19 OLD REPUBLIC LIFE INSURANCE      )
   COMPANY; and DOES 1 though 10,   )
20 inclusive,                       )  Date:   March 24, 2006
                                    )  Time:   10:30 a.m.
21          Defendants.             )
                                    )
22                                  )
                                    )
23 _____  )

24      The parties in the above-entitled action jointly submit this Case Management Statement.

25      Since the Case Management Conference of October 21, 2005, the parties have completed

26 their voluntary disclosures of witnesses and documents, records have been subpoenaed, and

27 additional formal discovery has been completed.  The parties resolved a potential dispute over

28

certain documents alleged to be trade secret, by filing a Stipulation with this court regarding said records on or about December 12, 2005.

The parties have also agreed to use the Honorable Leonard Sprinkles (Ret.) as a mediator is this matter.

However, in attempting to complete the exchange of certain trade secret documents and to produce witnesses for depositions in Chicago, Illinois, the parties encountered difficulties.

Certain company witnesses are no longer employed by Old Republic Life, and defense counsel has been attempting to contact them and obtain their agreement to appear for a deposition without the need of formal subpoenas.

The associate on the defense team most closely involved in this case resigned her position, which has lead to some additional delays, along with a family medical condition which has affected the time available to counsel involved in the development of this case.  For that and other reasons, the parties not having completed the discovery necessary to conduct a mediation.

The parties respectfully request that this court, as it deems appropriate, either continue the current Case management Conference, set for March 24, 2006 by approximately 75 days, or alternatively, the parties are prepared to set this matter for a jury trial, of approximately 7 days duration, any time on or after January 15, 2007, as the court's calendar permits.

Under either option, the parties intend to complete such further, limited discovery as they deem necessary, in order to get this matter into mediation, before the expenditure of the heavy commitments of time and money necessary for trial preparation.

DATE: March   , 2006                           FLYNN, ROSE & PERKINS


By  /s/ Gary S. Rose
    GARY S. ROSE
    Attorney for Plaintiff
    SUSAN SOTELO

/////

/////

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C05 02238 RMW RS
Page 2

1    DATE: March 17, 2006                    LORD, BISSELL & BROOK, LLP

2

3                                            By /s/ Jeffrey S. Kravitz
                                                JEFFREY S. KRAVITZ
4                                               Attorney for Defendant
                                                OLD REPUBLIC LIFE INSURANCE CO.
5

6         *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures,*
     *Gary S. Rose herby attests that concurrence in the filing of this document has been obtained.*
7

8         IT IS SO ORDERED.

9         The Case Management Conference is continued to June 16, 2006 @ 10:30 a.m.

10        Dated: 3/23/06

11                                              /S/ RONALD M. WHYTE

12                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28