**\*E-FILED\***
**June 21, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA SOTELO | No. 05-02238 RS |
| Plaintiff(s), | ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| OLD REPUBLIC LIFE INSURANCE CO. et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Further Case Management Conference shall be held in this case on **July 19, 2006 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties are directed to file their Consent to Proceed Before a United States Magistrate Judge no later than **June 30, 2006**.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of a joint case management statement, no additional case management statement need be filed.

All documents filed in this matter shall list the civil case number followed only by the initials "**RS**."

Dated: June 21, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Gary S. Rose, Esq.
Email: gsroselaw@hotmail.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

**Counsel for Defendant(s)**

Jeffrey S. Kravitz
Silver & Freedman
2029 Century Park East, 19th Floor
Los Angeles, CA 90067

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 21, 2006

 /s/ BAK
Chambers of Magistrate Judge Richard Seeborg