| | |
|---|---|
| 1 | GARY S. ROSE #83744 |
| 2 | FLYNN, ROSE & PERKINS<br>59 North Santa Cruz Avenue, Suite Q     *E-FILED 10/17/06*<br>Los Gatos, California 95030 |
| 3 | (408) 399-4566<br>Email: gsroselaw@hotmail.com |
| 4 | |
| 5 | Attorney for Plaintiff<br>SUSANNA SOTELO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA SOTELO, | Case No. C05 02238 ~~XXXX~~ RS |
| Plaintiff, | |
| vs. | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING DISCLOSURE OF EXPERT WITNESSES AND REPORTS (FRCivP 26(a)(2)(C)) |
| OLD REPUBLIC LIFE INSURANCE COMPANY; and DOES 1 though 10, inclusive, | |
| Defendants. | |

WHEREAS, Plaintiff's deadline for disclosure of Expert Witnesses and Reports under Federal Rules of Civil Procedure, Rule 26(a)(2)(C) was set for October 2, 2006, and Defendant's deadline for disclosure of Expert Witnesses and Reports was set for October 16, 2006;

WHEREAS, fact discovery remains open until November 30, 2006;

WHEREAS, the parties have been engaged in settlement discussions, and require additional time to complete discovery, and provide the results of such discovery to any expert witness prior to disclosure;

NOW THEREFORE, the parties, by their attorneys of record, respectively request, and hereby stipulate that Plaintiff shall disclose her Expert Witnesses and Reports on or before November 10, 2006, and Defendant shall disclose its Expert Witnesses and Reports on or before November 24, 2006.

| | |
|---|---|
| DATE: September 29, 2006 | FLYNN, ROSE & PERKINS |
| | By   /s/Gary S. Rose<br>     GARY S. ROSE<br>     Attorney for Plaintiff<br>     SUSANNA SOTELO |
| DATE:  9/29/06 | SILVER & FREEDMAN |
| | By  /s/ Jeffrey S. Kravitz/MCC<br>     JEFFREY S. KRAVITZ<br>     Attorney for Defendant<br>     OLD REPUBLIC LIFE INSURANCE<br>     COMPANY |

Pursuant to local rules, this document is being electronically filed through the court ECF system. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendant's counsel has signed the document, and (3) the signed document is available for inspection on request.

IT IS SO ORDERED:

Dated: October 17, 2006

RICHARD SEEBORG
~~MAGISTRATE OF THE DISTRICT COURT~~
UNITED STATES MAGISTRATE JUDGE