GARY S. ROSE #83744
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: gsroselaw@hotmail.com

*E-FILED 1/30/07*

Attorney for Plaintiff
SUSANNA SOTELO

JEFFREY S. KRAVITZ
SILVER & FREEDMAN
2029 Century Park East, 19th Floor
Los Angeles, CA 90067
(310) 282-9400
Email: jkravitz@silverfreedman.com

Attorney for Defendant
OLD REPUBLIC LIFE INSURANCE CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANNA SOTELO,<br><br>    Plaintiff,<br><br>vs.<br><br>OLD REPUBLIC LIFE INSURANCE COMPANY; and DOES 1 though 10, inclusive,<br><br>    Defendants. | Case No. C05 02238 RMW RS<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANT OLD REPUBLIC LIFE INSURANCE COMPANY, WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Susanna Sotelo, and Defendant, Old Republic Life Insurance Company ("Old Republic"), through their respective counsel, that the above-captioned action, and all claims alleged therein against Old Republic shall be and are hereby dismissed with prejudice; and that each party shall bear its own fees and costs incurred in this action, except as provided in the Settlement Agreement negotiated by the parties.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. C05 02238 RMW RS
Page 1

| | |
|---|---|
| DATE: 1/29/07 | FLYNN, ROSE & PERKINS<br><br>By _____<br>GARY S. ROSE<br>Attorney for Plaintiff<br>SUSANNA SOTELO |
| DATE: 1/19/01 | SILVER & FREEDMAN<br><br>By _____<br>JEFFREY KRAVITZ<br>Attorney for Defendant<br>OLD REPUBLIC LIFE INS. CO. |

## ORDER

IT IS HEREBY ORDERED that the above-entitled matter be, and hereby is, dismissed with prejudice.

DATE: January 30, 2007

_____
HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE